IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 18-303 |
| ROBERT REID | : |

**O R D E R**

AND NOW, this 27th day of May, 2021, upon consideration of Defendant's Motion to Amend Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 36) and the government's opposition thereto (Doc. No. 37), it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
_____
J. CURTIS JOYNER,    J.